UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

KATHLEEN D. TALLIERE FKA
KATHLEEN DUBIEL FKA
KATHLEEN GRAY

Debtor

IN PROCEEDINGS UNDER CHAPTER 13

CASE NO: 06-16377

JUDGE: PAT MORGENSTERN-CLARREN

## AMENDED NOTICE OF MOTION FOR RELIEF FROM STAY

DEUTSCHE BANK NATIONAL TRUST COMPANY IN TRUST FOR THE BENEFIT OF THE CERTIFICATE HOLDERS FINANCIAL ASSET SECURITIES CORP. SOUNDVIEW HOME LOAN TRUST 2005-DO1 ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 has filed papers with the Court to obtain relief from stay. The preliminary hearing on this matter, if any is required, is set for June 5, 2007 at 1:30 p.m. at the United States Bankruptcy Court, Howard W. Metzenbaum, 201 Superior Avenue, Cleveland, OH 44114.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

File with the court a written request for hearing and a written response setting forth the specific grounds for objection at:

Clerk of Courts
United States Bankruptcy Court
Howard W. Metzenbaum
201 Superior Avenue
Cleveland, OH 44114

If you mail your request and response to the court for filing, **you must mail it early enough so the court will receive it** on or before the date stated above. The Court's mailing address is Howard W. Metzenbaum, 201 Superior Avenue, Cleveland, OH 44114.

3

You must also mail a copy to:

SHAPIRO & FELTY, L.L.P.
1500 West Third Street
Suite 400
Cleveland, OH 44113

Craig H Shopneck, Trustee
BP Tower
200 Public Square Suite 3860
Cleveland, OH 44114

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

/s/ Mark R. Lembright
SHAPIRO & FELTY, L.L.P.
Mark R. Lembright (0041545)
1500 West Third Street, Suite 400
Cleveland, OH 44113
(216) 621-1530
(216) 373-1338-fax
Attorney for Movant
mlembright@logs.com

4

## PROOF OF SERVICE

I certify that on the ___7th___ day of May, 2007, copies of the foregoing were served by mailing the same by ordinary U.S. Mail, postage prepaid, and/or electronically as permitted by local rule, to the persons listed below.

Kathleen D. Talliere
13700 Delaware Drive
Middleburg Heights, OH 44130

Craig H Shopneck, Trustee
BP Tower
200 Public Square Suite 3860
Cleveland, OH 44114

Alexander V. Sarady, Esq.
614 W. Superior Ave.
Suite #950
Cleveland, OH 44113

Office of the U.S. Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave., East – Ste. 441
Cleveland, OH 44114

Theodore J. Talliere
723 University Road
Cleveland, OH 44113

Respectfully Submitted,

/s/ Mark R. Lembright
SHAPIRO & FELTY, L.L.P.
Mark R. Lembright (0041545)
1500 West Third Street, Suite 400
Cleveland, OH 44113
(216) 621-1530
(216) 373-1338-fax
Attorney for Movant
mlembright@logs.com

06-59388; mln; May 6, 2007

5