**This document was signed electronically on July 24, 2007, which may be different from its entry on the record.**

**IT IS SO ORDERED.**



**Dated: July 24, 2007**

_____
**Pat E. Morgenstern-Clarren
United States Bankruptcy Judge**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: | IN PROCEEDINGS UNDER CHAPTER 13 |
| KATHLEEN D. TALLIERE FKA KATHLEEN DUBIEL FKA KATHLEEN GRAY | CASE NO: 06-16377 |
| | JUDGE: PAT MORGENSTERN-CLARREN |
| Debtor | |

### AGREED ORDER FOR RELIEF FROM STAY
### (13700 Delaware Drive, Middleburg Heights, OH 44130)

This matter came to be considered on the Motion for Relief from Stay (the "Motion" Doc. #22) filed by DEUTSCHE BANK NATIONAL TRUST COMPANY IN TRUST FOR THE BENEFIT OF THE CERTIFICATE HOLDERS FINANCIAL ASSET SECURITIES CORP. SOUNDVIEW HOME LOAN TRUST 2005-DO1 ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 ("Movant") and Objection on the Motion for Relief from Stay (Doc. #32) filed by KATHLEEN D. TALLIERE FKA KATHLEEN DUBIEL FKA KATHLEEN GRAY ("Debtor").

1

Movant has alleged that good cause exists for granting the Motion and that Debtor, counsel for Debtor, the Chapter 13 Trustee, and all other necessary parties were served with this Motion and with notice of the hearing date for this Motion; and

The parties have entered into an agreement resolving the Motion.

**IT IS, THEREFORE, ORDERED**:

1. The Debtor shall cure her post-petition mortgage arrearage of $8,654.88, which consists of missed mortgage payments in the monthly amount of $2,108.63 and late charges in the monthly amount of $55.09, accrued from April 2007 through July 2007. The Debtor is willing to cure said arrearage by submitting to Movant's counsel $2,108.63 in certified funds, payable to Countrywide Home Loans, Inc., sent to Shapiro & Felty, LLP, 1500 West Third Street, Suite 400, Cleveland, OH 44113 on or before July 24, 2007. Also, by Debtor making extra payments in the amount of $1,091.04 per month from August 1, 2007 through January 1, 2008, in addition to the Debtor's regular monthly mortgage payments. A Supplemental Proof of Claim in the amount of $650.00 for attorney fees and court costs is to be filed by Movant. Movant is hereby granted leave to file said Supplemental Proof of Claim with the Court. The Debtor shall maintain regular monthly post-petition payments to Movant outside the Chapter 13 Plan beginning with a payment due on August 1, 2007. Failure by the Debtor to make any payment within 30 days of the date due shall constitute a default.

2. Upon existence of a default, Movant's counsel may send Debtor and counsel for Debtor a 10-day notice of Movant's intent to file an affidavit and proposed order granting relief from stay.

3. If the default is not cured within that 10-day period, then upon the filing of an affidavit by Movant attesting to the default by the Debtor, an Order shall be entered without further hearing, terminating the stay imposed by § 362(a) of the Bankruptcy Code with respect to Movant, its successors and assigns.

**SUBMITTED AND APPROVED BY:**

/s/ Mark R. Lembright
Mark R. Lembright
SHAPIRO & FELTY, L.L.P.
Mark R. Lembright (0041545)
1500 West Third Street
Suite 400
Cleveland, OH 44113
(216)621-1530 Ext. 237
(216) 373-1338-fax
Attorney for Movant

/s/ Alexander V. Sarady
Alexander V. Sarady (0075500)
614 W. Superior Ave.
Suite #950
Cleveland, OH 44113
(216) 263-6200
mresar@ohiolegalclinic.com
Attorney for Debtor

## CERTIFICATE OF MAILING

*Copies To:*

**Served by Regular U.S. Mail:**

**Kathleen D. Talliere**
13700 Delaware Drive
Middleburg Heights, OH 44130
Debtor

**Theodore J. Talliere**
723 University Road
Cleveland, OH 44113
*Party of Interest*

**Served Electronically:**

**Craig H. Shopneck**
BP Tower
200 Public Square
Suite 3860
Cleveland, OH 44114
*Chapter 13 Trustee*

**Alexander V. Sarady, Esq.**
614 W. Superior Avenue
#950
Cleveland, OH 44113
*Attorney for Debtor*

**Mark R. Lembright, Esq.**
Shapiro & Felty, L.L.P.
1500 West Third Street
Suite 400
Cleveland, OH 44113
*Attorney for Movant*

06-59388; mln; July 17, 2007

###

4

06-16377-pmc    Doc 53    FILED 07/24/07    ENTERED 07/24/07 13:40:41    Page 4 of 4