**This document was signed electronically on April 10, 2009,
which may be different from its entry on the record.**

**IT IS SO ORDERED.**



_____
Pat E. Morgenstern-Clarren
United States Bankruptcy Judge

**Dated: April 10, 2009**

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:<br><br>KATHLEEN D. TALLIERE FKA<br>KATHLEEN DUBIEL FKA<br>KATHLEEN GRAY<br><br><br><br>**Debtor** | IN PROCEEDINGS UNDER CHAPTER 13<br><br>CASE NO: 06-16377<br><br>JUDGE: PAT MORGENSTERN-CLARREN |

**AGREED ORDER REINSTATING STAY**
**(13700 Delaware Drive, Middleburg Heights, OH 44130)**

This matter came to be considered on the Motion to Vacate Order Upon Affidavit Re: of Default Granting Relief from Stay (the "Motion") filed by Kathleen D. Talliere fka Kathleen Dubiel fka Kathleen Gray ("Debtor") and Response to said Motion filed by DEUTSCHE BANK NATIONAL TRUST COMPANY IN TRUST FOR THE BENEFIT OF THE CERTIFICATE HOLDERS FINANCIAL ASSET SECURITIES CORP. SOUNDVIEW HOME LOAN TRUST 2005-DO1 ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 ("Creditor").

1

1. The Automatic Stay contained in 11 U.S.C. §362 is hereby REINSTATED as to Creditor.

**IT IS, THEREFORE, ORDERED**:

2. The Agreed Order for Relief from Stay (docket #53) filed on July 24, 2007 shall remain in full force and effect.

3. The Stay is hereby REINSTATED as against DEUTSCHE BANK NATIONAL TRUST COMPANY IN TRUST FOR THE BENEFIT OF THE CERTIFICATE HOLDERS FINANCIAL ASSET SECURITIES CORP. SOUNDVIEW HOME LOAN TRUST 2005-DO1 ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 and the Chapter 13 Trustee is hereby ORDERED to resume making payments to DEUTSCHE BANK NATIONAL TRUST COMPANY IN TRUST FOR THE BENEFIT OF THE CERTIFICATE HOLDERS FINANCIAL ASSET SECURITIES CORP. SOUNDVIEW HOME LOAN TRUST 2005-DO1 ASSET-BACKED CERTIFICATES, SERIES 2005-DO1 on the Proof of Claim it has filed on January 5, 2007 and Supplemental Proof of Claim it has filed on July 20, 2007, if any remain.

4. The Order Upon Affidavit of Default (docket #60) filed on September 25, 2007 is hereby VACATED.

**SUBMITTED AND APPROVED BY:**

| /s/ Christian E. Niklas | /s/ Alexander V. Sarady |
|---|---|
| Christian E. Niklas (0066725) | Alexander V. Sarady (007550) |
| SHAPIRO, VAN ESS, PHILLIPS & BARRAGATE, LLP. | 614 W. Superior Ave. Suite #950 |
| 4805 Montgomery Road | Cleveland, OH 44113 |
| Suite 320 | (216) 263-6200-ph |
| Norwood, OH 45212 | (216) 263-6202-fax |
| (216) 373-31-09-ph | Attorney for Debtor |
| (847) 627-8805-fax | |
| Attorney for Creditor | |
| cniklas@logs.com | |

# CERTIFICATE OF MAILING

**Served by Regular U.S. Mail**

Kathleen D. Talliere
13700 Delaware Drive
Middleburg Heights, OH 44130
Debtor

**Served Electronically**

Craig H. Shopneck
ch13shopneck@ch13cleve.com
Chapter 13 Trustee

Alexander V. Sarady, Esq.
asarady@ohiolegalclinic.com
Attorney for Debtor

Christian E. Niklas, Esq.
cniklas@logs.com
Attorney for Creditor

06-59388; mn; March 16, 2009

###